MINUTES OF CHAPTER 13 §341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Hutchins_____    JAD/TPA/(CMB)/GLT

Case Number: __19-21362__

Date of Meeting: __5/6/19__    Recording # __18__
Debtor(s) present __✓__ or Not Present ___   ( ✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Lowden_____   (Present __✓__ or Not Present ___)
Date of Plan at § 341: __4-3-19__   Applicable commitment period ___ 3 yrs ___ 5 yrs

non filing spouse - include income?
no, going through divorce

DSO: paid outside plan

no payments

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD                ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final  ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
___ 341 Meeting    OR    __✓__ Conciliation Conf. OR ___ *Contested Hearing
On __7-11-19__    at __9:30__ am/pm Location _____

_Kate DiSimone_
Chapter 13 Trustee/Attorney for Trustee

FILED 2019 MAY -9 PM 1:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH