UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** MARK ANTHONY HUTCHINS
**Case Number:** 19-21362-CMB        **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 11, 2019 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#6 - Continued Confirmation of Plan Dated 4/3/2019 (N)
R / M #:  6 / 0

## Appearances:

Debtor: Lawden
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  9-12-19  at  10:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for payments + loss mit. Debtor has new job

7/2/2019    3:15:48PM