# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| **Debtor:** | MARK ANTHONY HUTCHINS |
| **Case Number:** | 19-21362-CMB          **Chapter:**  13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 12, 2019 10:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/12/19 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#6 - Continued Confirmation of Plan Dated 4/3/2019 (N)

R / M #:  6 / 0

***Appearances:***

Debtor:

Trustee:  Winnecour /  Pail / Katz / DeSimone      *Lonsden*

Creditor:

***Proceedings:***

Outcome:

*Counsel / debtor have no defense.*
*T consent*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*No pmts ever*

9/5/2019    3:35:29PM