Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mark Anthony Hutchins** | : | Case No. 19−21362−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per Sep. 12, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 12th of September, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 19-21362-CMB
Mark Anthony Hutchins                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel           Page 1 of 1           Date Rcvd: Sep 12, 2019
                        Form ID: 309         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db              +Mark Anthony Hutchins,    2555 Jefferson Avenue,    Washington, PA 15301-1423
15026341        +Commonwealth Fin / ER Physc of Wash,    Attn: Bankruptcy,    245 Main Street,
                  Dickson City, PA 18519-1641
15026342        +Credit Collections / Dennis Brown Surgic,    16 Distributor Drive,    Suite 1,
                  Morgantown, WV 26501-7209
15026343        +Midland Funding / Synchrny Bank,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
15026344        +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,    Warren, PA 16365-0128
15026345        +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
15026346        +Quicken Loans, Inc.,    c/o Michael J Clark, Esq.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
15035638        +Washington-East Washington Joint Authority,    c/o Portnoff Law Associates, Ltd.,
                  P.O. Box 3020,    Norristown, PA 19404-3020
15026347        +Washington-East Washington Jt Auth,    c/o Diane Boerret, Esq.,    2700 Horizon Drive, Suite 100,
                  King of Prussia, PA 19406-2726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Sep 13 2019 06:23:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15055333        +E-mail/Text: bankruptcyteam@quickenloans.com Sep 13 2019 02:41:27     Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
15027588        +EDI: RMSC.COM Sep 13 2019 06:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
15063421         EDI: AIS.COM Sep 13 2019 06:23:00      Verizon,   by American InfoSource as agent,    PO Box 4457,
                  Houston, TX  77210-4457
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +Washington-East Washington Joint Authority,    c/o Portnoff Law Associates, Ltd.,
                  P.O. Box 3020,    Norristown, PA 19404-3020
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
```
          David A. Rice    on behalf of Debtor Mark Anthony Hutchins ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Washington-East Washington Joint Authority
           jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Mark Anthony Hutchins niclowlgl@comcast.net
                                                                                             TOTAL: 6
```